UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:06CR103  HEA |
| | ) | |
| FREDERICK LAMONT CALDWELL, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>ORDER</u>

**IT IS HEREBY ORDERED** that the final supervised release revocation hearing

previously set in this matter for Tuesday, September 7, 2010, is reset to Tuesday, October 5,

2010, at 11:15 a.m. in the courtroom of the undersigned.

Dated this 7th day of September, 2010.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE