# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:06CR103  HEA |
| | ) | |
| FREDERICK LAMONT CALDWELL, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on Defendant's Third Request for Continuance of Supervision Violation Hearing [Doc. #129].  The Court has considered the motion and finds that the failure to grant a continuance would deny counsel for the Defendant and the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Accordingly,

**IT IS HEREBY ORDERED** that the final supervised release revocation hearing previously set in this matter for Monday, December 7, 2010, is reset to Monday, March 14, 2011, at 10:30 a.m. in the courtroom of the undersigned.

Dated this 7th day of December, 2010.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE